(G)

Pages 2 through 5 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
Code G