IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LORETTA E. LYNCH, )<br>        Attorney General   )<br>)<br>    v.   )<br>)<br>UNDER SEAL   )<br>) | Case No. 15-cv-001180<br><br>FILED UNDER SEAL<br>PURSUANT TO<br>18 U.S.C. § 3511(d) |

[PROPOSED] ORDER

Upon consideration of the Petitioner's Unopposed Motion for Partial Unsealing, it is hereby ORDERED that:

1) Petitioner's Motion is Granted;

2) This case shall be placed on the public docket as a matter containing material that is under seal, which shall include the identity of Respondent and Respondent's counsel;

3) This case shall be captioned on the public docket as *Loretta E. Lynch, Attorney General v. Under Seal*;

4) Respondent's counsel shall be identified on the public docket as "Under Seal";

5) The redacted versions of the documents filed with Petitioner's Motion shall be placed on the public docket, along with Petitioner's Motion and this Order;

6) All other documents currently under seal in this case shall remain sealed.

IT IS SO ORDERED.

Dec. 14, 2015
(Date)

_____
JAMES K. BREDAR
United States District Judge